IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL B. YODER,<br><br>  Defendant. | Case No. 4:07CR3148 |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing 19. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Motion to Review Detention and Order under seal.

DATED this 7th day of December, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge