IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3148-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHEL B. YODER, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that Defendant Yoder's sentencing is rescheduled to 9:00 a.m. on Friday, June 20, 2008, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

June 4, 2008.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge